UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 26-cr-00019-CAB |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 18, U.S.C., Secs. 2512(1)(b) – Manufacture, distribution, possession, and advertising of wire, oral, or electronic communication intercepting devices |
| BRYAN FLEMING, | |
| Defendant. | |

The United States Attorney charges:

Count 1

Since at least 2017, and continuing through at least December 2022, in the Southern District of California and elsewhere, the defendant, BRYAN FLEMING, did intentionally manufacture, assemble, possess, or sell any electronic, mechanical, or other device, knowing or having reason to know that the design of such device renders it primarily useful for the purpose of the surreptitious interception of wire, oral, or electronic communications, and that such device or any component thereof has been or will be sent through the mail or transported in interstate or foreign commerce

All in violation of Title 18, United States Code, Sections 2512(1)(b).

ADAM GORDON
United States Attorney

By: /s/ Jonathan I. Shapiro
JONATHAN I. SHAPIRO
Assistant U.S. Attorney

2