Bryan Fleming
Fort Lauderdale, Florida
3/20/2026

The Honorable Cathy Ann Bencivengo
United States District Court
Southern District of California

Dear Judge Bencivengo,

I am writing to respectfully share a few thoughts as the Court considers my sentence.

First and most importantly, I want to fully acknowledge my responsibility for the conduct that brought me before the Court. I regret the decisions I made related to my software business, and I understand that what I was involved in contributed to serious invasions of privacy. While at the time I viewed the product primarily as a business and technical tool, I failed to fully appreciate the real-world impact it could have on others. That failure in judgment is mine alone, and I take responsibility for it.

This experience has been deeply humbling. It has forced me to confront not just the legal consequences of my actions, but the ethical ones as well. I now understand much more clearly how harmful this type of conduct can be, regardless of how it may be framed from a business or legal perspective at the time. That realization has had a lasting impact on how I think, both personally and professionally.

My wife Sherry and I have been married for nearly twenty years. We have two sons, Grant and Owen, who are now young men. Our family has always been very close, and my role as a husband and father has been the most important part of my life. Several years ago, we made the decision to homeschool our sons so that we could be directly involved in their education and development. I take an active role in their daily instruction and guidance, and we spend much of our time learning and working together as a family.

Today, much of my focus is on mentoring them as they grow into adulthood. As part of that, I teach them practical skills related to running a business, including accounting, working with banks, understanding taxes, and the importance of building credit. Just as importantly, I talk to them about judgment, responsibility, and the consequences of decisions—lessons that I now understand in a much more personal and meaningful way.

After the investigation began, I understood that the business involved in this case could not continue. I made the decision to shut it down and begin rebuilding my livelihood in a different way. Starting over professionally has been difficult, and my family has made significant sacrifices along the way. We sold the home we had lived in for many years and adjusted to a much simpler way of living while I worked to move forward responsibly.

Today I earn a living through consulting work that is entirely unrelated to the conduct involved in this case. My focus now is on supporting my family, continuing to guide my sons as they prepare for adulthood, and ensuring that everything I do going forward is fully lawful, transparent, and responsible.

This experience has been a serious and lasting lesson for me and for my family. I take full responsibility for my actions and deeply regret the circumstances that brought me before the Court. I am committed to living the rest of my life as a law-abiding citizen and to setting a better example for my sons as they build their own futures.

Thank you for taking the time to consider my letter.

Respectfully,

Bryan Fleming